UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA COURT

MINERVA M. VIRATA

17-16116MDC

Debtor(s)    CERTIFICATION OF SERVICE    BANKRUPTCY

AND NOW, comes Jenean Tucker, from the office of William C. Miller, Esq chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail

CREDITOR
FREEDOM MORTGAGE CORP
10500 KINCAID DRIVE
FISHERS IN 46037

DEBTOR
MINERVA M. VIRATA
39 CHICKADEE CIRCLE
LEOLA  PA 17540

and by electronic service only:

DEBTOR ATTORNEY
BRADFORD J HARRIS
GOOD & HARRIS LLP
132 WEST MAIN ST
NEW HOLLAND PA
17557-1295

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILA PA 19106

/s/ Jenean Tucker

Office of William C. Miller, Esquire
Chapter 13 Standing Trustee

Date
1/14/21