United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Minerva M. Virata  
      Debtor

Case No. 17-16116-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Minerva M. Virata, 39 Chickadee Circle, Leola, PA 17540-1853 |
| 13980685 | #+ | Atlantic Card, PO Box 13386, Roanoke, VA 24033-3386 |
| 13980686 | + | Blatt, Hasenmiller, Leibsker & Moore LLC, 1835 Market STreet, Suite 501, Philadelphia, PA 19103-2933 |
| 14035182 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13980693 | + | Ephrata Hospital, 169 Martin Avenue, Ephrata, PA 17522-1755 |
| 14558428 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13980694 | + | Freedom Mortgage, P O Box 619063, Dallas, TX 75261-9063 |
| 14005318 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14395231 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558475 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14395465 | + | Freedom Mortgage Corporation, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 13980696 | + | Law Offices of Abrahamsen Ratchford, 409 Lackawanna Ave, Suite 3C, Scranton, PA 18503-2059 |
| 13980698 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 13980703 | + | Portfolio Reovery Associates, PO Box 12903, Norfolk, VA 23541-0903 |
| 13980704 | + | QCS, PO Box 4699, Petaluma, CA 94955-4699 |
| 13980708 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial, P O box 5855, Carol Stream, IL 60197 |
| 13980709 | + | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14023274 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13980710 | | USAA Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 13993165 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13980711 | | Wells Fargo Financial Cards, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13980684 | + | Email/Text: legal@arsnational.com | | |

Case 17-16116-mdc   Doc 59   Filed 04/18/21   Entered 04/19/21 00:50:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 17 2021 03:32:00 | ARS National Service, PO Box 469046, Escondido, CA 92046-9046 |
| 13980687 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2021 03:51:28 | | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13980688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2021 03:32:00 | | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14043668 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2021 03:32:00 | | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13980690 | + | Email/Text: electronicbkydocs@nelnet.net Apr 17 2021 03:34:00 | | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13980695 | | Email/Text: PBNCNotifications@peritusservices.com Apr 17 2021 03:31:00 | | Kohls, PO Box 30510, Los Angeles, CA 90030-0510 |
| 13980697 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2021 03:32:00 | | New York & Company, Comentiy Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 13980699 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2021 04:10:46 | | Portfolio Recovery Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14000770 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2021 04:01:35 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13981188 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2021 04:10:47 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14039154 | + | Email/PDF: resurgentbknotifications@resurgent.com Apr 17 2021 03:52:51 | | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14216017 | + | Email/Text: bncmail@w-legal.com Apr 17 2021 03:34:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13980706 | | Email/PDF: gecsedi@recoverycorp.com Apr 17 2021 03:50:23 | | Synchrony Bank, PO Box 9600061, Orlando, FL 32896-0061 |
| 13980705 | | Email/PDF: gecsedi@recoverycorp.com Apr 17 2021 03:50:30 | | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 13994472 | + | Email/Text: electronicbkydocs@nelnet.net Apr 17 2021 03:34:00 | | U.S. Department of Education C/O Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14041406 | + | Email/Text: bncmail@w-legal.com Apr 17 2021 03:34:00 | | USAA SAVINGS BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13980712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2021 03:32:00 | | World Finance National Bank, 3100 Easton Square Place, Columbus, OH 43219-6232 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13980689 | *+ | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 13980691 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13980692 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13980700 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13980701 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13980702 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| | | |
|---|---|---|
| 13980707 | * | Portfolio Recovery Assoc., 120 Corporate Blvd Ste 1, Norfolk, VA 23502<br>Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADFORD J. HARRIS | on behalf of Debtor Minerva M. Virata brad@goodharris.com<br>maryann@goodharris.com;bharris@psualum.com;info@goodharris.com;jbr72708@notify.bestcase.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com  nicole@vittilaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Minerva M. Virata
      Debtor(s)

Bankruptcy No: 17−16116−mdc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/16/21

57 − 56
Form 138_new