B2830 (Form 2830) (4/16)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re  **Minerva M Virata**  
Debtor(s)

Case No.  **17-16116**

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☑ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.   See attached Court Order, which is incorporated herein.

*Part II. If you checked the second box, you must provide the information below.*

My current address:  _39 Chichadee Circle  Leola  PA  17540_

My current employer and my employer's address:  _Five Star International,_
_1810 S. 19th Street, Harrisburg  PA  17104_

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  **April 20, 2021**  
Date

/s/ Minerva M Virata  
**Minerva M Virata**  
Debtor

---

*Amounts are subjected to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**In the Court of Common Pleas of LANCASTER County, Pennsylvania**
DOMESTIC RELATIONS SECTION



| | |
|---|---|
| JOSE A. MORALES<br>　　　　　　Plaintiff<br>vs.<br>MINERVA M. MEDINA<br>　　　　　　Defendant | ) Docket Number:　　2020-01494<br>)<br>) PACSES Case Number: 153300551<br>)<br>) Other State ID Number: |

## Order

**AND NOW** to wit, this APRIL 8, 2021 it is hereby Ordered that:

Case to close as overpayment has been fully paid and recovered as directed in order dated December 15, 2020.

Effective: April 8, 2021

BY THE COURT:

APRIL 8, 2021                                Per Curiam
_____                               _____
Date                                         JUDGE



Service Type M

Form OE-001 12/16
Worker ID 36350