**Subject:** U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Minerva M. Virata, Case Number: 17-16116, mdc, Ref: [p-163834767]
**From:** USBankruptcyCourts@noticingcenter.com
**Date:** 5/3/2021, 6:03 PM
**To:** brad@goodharris.com

Notice of Returned Mail to Debtor/Debtor's Attorney

May 3, 2021

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Minerva M. Virata, Case Number 17-16116, mdc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Blatt, Hasenmiller, Leibsker & Moore LLC
1835 Market STreet
Suite 501
Philadelphia, PA 19103-2933

_____
Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

Blatt Hasenmiller Leibsker & Moore LLC
2702 N. 3rd St., Ste 2010
Phoenix, AZ 85004-4606
866-269-9861

5-4-2021
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

— Attachments: —

R_P21716116138NEW0237.PDF                                                                                          4.2 KB

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Minerva M. Virata
    Debtor(s)

Bankruptcy No: 17-16116-mdc
Chapter: 13

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/16/21

57 – 56
Form 138_new