| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Atlantic Card<br>PO Box 13386<br>Roanoke, VA 24033-3386 | Atlantic Credit & Finance<br>111 Franklin Rd SE, Suite 400<br>Roanoke, VA 24011 |

[signature]    5-11-21

Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

— Attachments: —

R_P21716116138NEW0237.PDF                                    4.2 KB

**Subject:** Fwd: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Minerva M. Virata, Case Number: 17-16116, mdc, Ref: [p-164094840]
**From:** Brad Harris <brad@goodharris.com>
**Date:** 5/10/2021, 10:47 PM
**To:** Lisa Rice <lisa@goodharris.com>

Obtain new address ASAP Tuesday & see me on how to file these.

-------- Forwarded Message --------
**Subject:** U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Minerva M. Virata, Case Number: 17-16116, mdc, Ref: [p-164094840]
**Date:** Mon, 10 May 2021 20:25:07 +0000
**From:** USBankruptcyCourts@noticingcenter.com
**To:** brad@goodharris.com

Notice of Returned Mail to Debtor/Debtor's Attorney

May 10, 2021

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Minerva M. Virata, Case Number 17-16116, mdc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Minerva M. Virata
    Debtor(s)

Bankruptcy No: 17-16116-mdc
Chapter: 13

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                For The Court
                Timothy B. McGrath
                Clerk of Court

Dated: 4/16/21

                57 – 56
                Form 138_new